UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:18cr27(JAM) |
| | : | |
| v. | : | VIOLATION: |
| | : | |
| BRIAN FERRAIOLI | : | 18 U.S.C. Section 1349 (Conspiracy to |
| | : | Commit Mail and Wire Fraud) |

FILED
2018 FEB 26 A 9 02
U.S. DISTRICT COURT
NEW HAVEN, CT.

INFORMATION

The United States Attorney charges:

GENERAL ALLEGATIONS

1. The defendant, BRIAN FERRAIOLI, was a resident of New York.

2. Waters Club Worldwide, Inc. (hereinafter, "WCW") was a company incorporated in Florida on or about July 20, 2015. On or about November 23, 2016, WCW completed a merger with, and became a wholly-owned subsidiary of, Petrus Resources Corporation, a company incorporated in Delaware on or about March 2, 2011. The merged company then changed its name to Waters Club Holdings, Inc. (hereinafter, "Waters Club").

3. According to a Waters Club document used to solicit investors and business partners, Waters Club's business plan was to "introduce a revolutionary Sharing Economy model to yachting" by "form[ing] a membership-based Club with a fleet of yachts strategically located in the world's leading cruising regions that members can share and use interchangeably for their yachting vacations."

1

### The Conspiracy to Defraud Investors

4. From in or about August 2016 through in or about February 2017 (hereinafter, the "Relevant Period"), the exact dates unknown, in the District of Connecticut and elsewhere, FERRAIOLI knowingly did combine, conspire, confederate, and agree with others known and unknown to the United States Attorney to commit mail and wire fraud as described in this Information, in violation of Title 18, United States Code, Sections 1341 and 1343.

### Purpose of the Conspiracy

5. The purpose of the conspiracy was for FERRAIOLI and others known and unknown to the United States Attorney to enrich themselves by devising and participating in a scheme and artifice to defraud investors, and to obtain money from those investors by means of materially false and fraudulent pretenses, representations, and promises.

### Manner and Means

The manner and means by which FERRAIOLI and his co-conspirators sought to accomplish and did accomplish the objects and purposes of the conspiracy included the following:

6. FERRAIOLI and his co-conspirators made and caused to be made telephone calls and sent and caused to be sent e-mails and text messages to prospective investors across the United States, including in Connecticut, offering an opportunity to invest in WCW and Waters Club.

7. Through these communications, and in order to induce prospective investors to invest money in WCW and Waters Club, FERRAIOLI and his co-

conspirators made and caused to be made various materially false representations, including that:

    (a)    Investors' money would be used to develop the business, and fund the operations, of WCW and Waters Club;

    (b)    FERRAIOLI and his co-conspirators were not receiving compensation for recruiting investors, or were exclusively compensated with stock in lieu of commissions or other payments; and

    (c)    WCW and Waters Club were in sound financial condition.

8.    In fact, and as FERRAIOLI and his co-conspirators knew and intended:

    (a)    Approximately half of all money paid by investors for shares of WCW and Waters Club was misappropriated for the personal use of FERRAIOLI and his co-conspirators;

    (b)    A substantial portion of investors' money thus was not used to develop the business of WCW and Waters Club;

    (c)    FERRAIOLI and his co-conspirators were compensated with sales commissions, and not stock, for recruiting investors, and thus their interests did not align with the interests of investors; and

    (d)    WCW and Waters Club were not in sound financial condition.

10.    Investors across the United States, including in Connecticut, accepted the offer of FERRAIOLI and his co-conspirators to invest in WCW and Waters Club via telephone calls, facsimiles, e-mails, and mailings, and sent their purchase funds to WCW and Waters Club via wires (including interstate wires) and mailed checks.

All in violation of Title 18, United States Code, Section 1349.

UNITED STATES OF AMERICA

_____
JOHN H. DURHAM
UNITED STATES ATTORNEY

_____
AVI M. PERRY
ASSISTANT UNITED STATES ATTORNEY